COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                      |   |                       |
|----------------------|---|-----------------------|
|                      | § |                       |
| IN RE: ERIC FLORES,  |   |                       |
|                      | § |   No. 08-08-00328-CR  |
|                      | § | AN ORIGINAL PROCEEDING |
|                      |   |    IN MANDAMUS        |
| Relator.             | § |                       |
|                      | § |                       |
|                      | § |                       |

**MEMORANDUM OPINION**

**ON PETITION FOR WRIT OF MANDAMUS**

Relator, Eric Flores, seeks a writ of mandamus to compel the Honorable Julie Gonzalez, Judge of El Paso County Court at Law No. 2, to "set a pretrial setting to hear relator's writ of Habeas Corpus based on the offense of harassment."

In order to obtain relief through a writ of mandamus, a relator must establish:  (1) no other adequate remedy at law is available; and (2) that the act he seeks to compel is ministerial. *State ex rel. Young v. Sixth Judicial Dist. Court of Appeals At Texarkana*, 236 S.W.3d 207 (Tex.Crim.App. 2007).  An act is ministerial if it does not involve the exercise of any discretion. *State ex rel. Hill v. Court of Appeals for the Fifth District*, 34 S.W.3d 924, 927 (Tex.Crim.App. 2001).  Based on the petition and record provided, Mr. Flores has not demonstrated he is entitled to mandamus relief.  *See* TEX.R.APP.P. 52.8.  We therefore deny relator's request.


December 18, 2008                              DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.

(Do Not Publish)